THE UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Sherianna Senter, | ) | CASE NO.: 5:21CV1081 |
| | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Green Village Skilled Nursing & Rehabilitation, Ltd., | ) ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On June 10, 2021, the parties filed a joint proposed stipulation to stay these proceedings pending mediation and arbitration. The Sixth Circuit has noted that the Court may choose two courses of action when confronted with claims that are subject to arbitration. *See Hensel v. Cargill, Inc.*, 198 F.3d 245 (6th Cir. 1999) (table decision); *ATAC Corp. v. Arthur Treacher's, Inc.*, 280 F.3d 1091 (6th Cir. 2002). In past cases, this Court has consistently followed one approach and will continue to do so herein. The Court believes that its practice protects the parties' rights and promotes judicial economy.

Accordingly, the parties are compelled to mediate and arbitrate any claims in the complaint. Further proceedings in the within cause are hereby perpetually stayed and the

within case is hereby CLOSED, subject to reopening upon a well-taken written motion of Plaintiff, Defendant, or any other proper party in interest, after the final decision of the Arbitrator.

    IT IS SO ORDERED.

July 12, 2021                                     */s/ John R. Adams*
                                               JUDGE JOHN R. ADAMS
                                               UNITED STATES DISTRICT COURT