# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **SHERIANNA SENTER,** | ) |
| Plaintiff, | ) CASE NO. 5:21-cv-01081 |
| | ) |
| vs. | ) JUDGE JOHN R. ADAMS |
| | ) |
| **GREEN VILLAGE NURSING & REHABILITATION LTD** | ) **JOINT DISMISSAL WITH PREJUDICE** |
| | ) |
| Defendant. | ) |

On August 13, 2021, the Parties reached a Settlement. The Settlement was subsequently approved by the Parties' retained Arbitrator, Mr. William Dowling. Plaintiff Sherianna Senter and Defendant Green Village Nursing & Rehabilitation LTD respectfully move this Court for an Order dismissing this case with prejudice as to all claims in the Complaint. ECF No. 1. Parties to bear their own costs.

Dated: November 3, 2021

Respectfully submitted,

**Barkan Meizlish DeRose Cox, LLP**

*/s/Robert E. DeRose*
Robert E. DeRose. 0055214
4200 Regent Street, Suite 210
Columbus, OH 43219
Phone: (614) 221-4221
Facsimile: (614) 744-2300
bderose@barkanmeizlish.com

Counsel for Plaintiff

**Salsbury & Salsbury, L.P.A.**

/s/*Kristina Leach*
Kristina Leach 0099425
Scott Salsbury 0039287
5611 Hudson Drive, Suite 400
Hudson, OH 44236
Phone: (330) 655-5760
Fax: (330) 655-0526
kleach@salsburylaw.com
ssalsbury@salsburylaw.com

Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2021, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Robert E. DeRose*
                                        *Counsel for Plaintiff*